UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In Re:  Case No. 16-50951

Robert Blum Irby
    Social Security Number:  xxx-xx-9171

Debora Lynn McHone
    Social Security Number:  xxx-xx-9472
Debtors

NOTICE TO CREDITORS AND PROPOSED PLAN

Notice of Objection by Debtor(s) to Disclosure of Personal Information by Creditors
Pursuant to North Carolina General Statute 75-66(a).

**The Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on September 12, 2016.**

The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

CHAPTER 13 PLAN SUMMARY

The Debtor proposes an initial plan, which is subject to modification, as follows:

I.    Plan Payments

**The plan proposes a payment of $1,325.00 per month for a period of at least 36 months.**
The Debtor shall commence payments to the Trustee within thirty (30) days from the date the petition was filed.

II.     Administrative Costs

1.      Attorney fees.

/X/    The Attorney for the Debtor will be paid the base fee of $4,500.00. The Attorney has received **$00.00** from the Debtor pre-petition and the remainder of the base fee will be paid monthly by the Trustee as funds are available, after scheduled monthly payments to holders of domestic support obligations and allowed secured claims.

/n/a /    The Attorney for the Debtor will file application for approval of a fee in lieu of the presumptive fee.

2.      Trustee costs.  The Trustee will receive from all disbursements such amount as approved by the Court for payment of fees and expenses.

III.    Priority Claims

All pre-petition claims entitled to priority under 11 U.S.C. §507 will be paid in full in deferred cash payments unless otherwise indicated.

1.      Domestic Support Obligations ("DSO")

a.      The name, address, and phone number, including area code, of the holder of any DSO as defined in §101(14A) is as follows:

| Name of DSO Claimant | Address, city & state zip code | | Telephone number |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |

c.      All **post-petition** DSO amounts will be paid directly by the Debtor to the holder of the claim and not by the Trustee.

d.      Arrearages owed to DSO claimants under 11 U.S.C. §507(a)(1)(A) not presently paid through wage garnishment will be paid by the Trustee as follows:

| Name of DSO Claimant | Estimated Arrearage Claim | Monthly Payment |
|---|---|---|
| None | | |
| | | |
| | | |

2. Other priority claims to be paid by Trustee

a. <u>Proofs of Claims for property taxes are to be filed each year by the tax collector. Monthly disbursements from the Chapter 13 Trustee will be disbursed to cure the present arrearage and to pay future property taxes as assessed.</u>

| Creditor | Estimated Priority Claim |
|---|---|
| Internal Revenue Service | $ |
| North Carolina Department of Revenue | $1,624.06, *to be paid as funds become available* |
| Surry County Tax Collector | $ |
| Stokes County Tax Collector | $ |
| City Tax Collector | $ |
| Other | $ |

IV. Secured Claims

1. Real Property Secured Claims

a. All payments on any claim secured by real property will be paid by the Trustee unless the account is current, in which case the Debtor may elect to continue making mortgage payments directly. Arrearage claims will be paid by the Trustee as separate secured claims over the term of the plan, without interest.

| Creditor | Property Address | Residence or Non-Residence (R/NR) | Current Yes/No | Monthly Payment | Arrearage Amount | If Current Indicate Payment by Debtor (D) or Trustee (T) |
|---|---|---|---|---|---|---|
| Nationstar Mortgage | petition address | R | N | $819.66 | $5,144.00 | T |
|  |  |  |  | $ | $ |  |
|  |  |  |  | $ | $ |  |
|  |  |  |  | $ | $ |  |

2. Personal Property Secured Claims

b. Claims secured by personal property will be paid by the Trustee as follows:

| Creditor | Collateral | Secured Amount | Purchase Money Y/N | Under-secured Amount | Pre-confirmation adequate protection payment per §1326(a)(1) | Post-confirmation Equal Monthly Amount (EMA) | Proposed Interest Rate |
|---|---|---|---|---|---|---|---|
| Ally Financial | 2013 Chevrolet Malibu LS | $10,112.81 | Y | 00.00 | | $367.50 | 4.75% |
| Capital One Retail Services | 2014 Yama Grizzly Special Edition | $7,412.50 | Y | $219.50 | **to be surrendered | | |

The Trustee will disburse pre-confirmation adequate protection payments to secured creditors holding allowed purchase money secured claims. Claims having a collateral value of less than $2,000.00 will not receive adequate protection payments.

To the extent that the valuation provisions of 11 U.S.C. § 506 do not apply to any of the claims listed above, the creditor's failure to object to confirmation of the proposed plan shall constitute the creditor's acceptance of the treatment of its claim as proposed, pursuant to 11 U.S.C. § 1325(a)(5)(A).

3. Collateral to be Released

The Debtor proposes to release the following collateral:

| Creditor | Collateral to be Released |
|---|---|
| Capital One Retail Services | 2014 Yama Grizzly Special Edition |
| | |
| | |
| | |

4.   Liens to be Avoided

The Debtor pursuant to 11 U.S.C. §522 proposes to avoid the following liens on property to the extent that such liens impair the Debtor's exemption:

| Lien Creditor | Property |
|---|---|
| None | |
| | |

V.   Co-Debtor Claims

The Debtor proposes to separately classify for payment in full the following claims for consumer debts on which an individual is liable with the Debtor:

| Creditor | Co-Debtor | Interest Rate | Monthly Payment |
|---|---|---|---|
| None | | % | $ |
| | | % | $ |

VI.   General Unsecured Claims Not Separately Classified

General unsecured claims will be paid on a pro-rata basis, with payments to commence after priority unsecured claims are paid in full. The estimated dividend to general unsecured claims is **00.00%**.

VII.   Executory Contracts/Leases

a.   /None/

b.   The following executory contracts and/or leases will be rejected:

| Creditor | Nature of lease or contract |
|---|---|
| None | |
| | |

c.   The following executory contract and/or leases will be assumed. The Debtor will pay directly all lease payments which come due from the petition filing date until confirmation of the plan. Upon confirmation, payments will be paid as follows:

| Creditor | Nature of Lease or Contract | Monthly payment | Monthly payment paid by Debtor (D) or Trustee (T) | Arrearage Amount | Arrearage paid by Debtor (D) or Trustee (T) | Arrearage monthly payment |
|---|---|---|---|---|---|---|
| None | | $ | $ | $ | | $ |

VIII.   Special Provisions

a.   Debtor(s) objects to disclosure of personal information by creditors pursuant to North Carolina General Statute 75-66(a).

b.   Other classes of unsecured claims and treatment:   None

c.   Other Special Terms:  None

Date:   September 13, 2016

/s/Thomas W. Anderson
Thomas W. Anderson
Attorney at Law
P.O. Box 1273
214 East Marion Street
Pilot Mountain, NC 27041
336-368-9621
State Bar Number:   8628

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In Re:  Robert Irby
        Debora McHone

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Notice to Creditors and Proposed Plan was served by first class mail, postage prepaid, to the following parties at their respective addresses:

Kathryn Bringle
CHAPTER 13 OFFICE
PO Box 2115
Winston-Salem, NC 27102

Aargon Agency
Ops 9G Bad Check Certegy
8668 Spring Mountain Road
Las Vegas, NV 89117

Ally Financial
c/o Ally Servicing LLC
PO Box 130424
Roseville, MN 55113

American Eagle
Bankruptcy Dept.
PO Box 965061
Orlando, FL 32896

Anasazi Group LLC
c/o: CWB Services LLC
2345 Grand Blvd., Suite 2200
Kansas City, MO 64108

Atlas Acquisitions LLC
294 Union Street
Hackensack, NJ 07601

Bank of America
1825 East Buckeye Road
Phoenix, AZ 85034-4216

Best Buy
3800 Golf Road, Suite 105
Rolling Meadows, IL 60008

Capital Bank
121 Alhambra Plaza, Suite 1601
Coral Gables, FL 33134

Capital One Retail Services
PO Box 30257
Salt Lake City, UT 84130

Care Credit
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

Certegy Check Services, Inc.
Attn: Bankruptcy
PO Box 30296
Tampa, FL 33630-3296

Chase
Chase Card Services
PO Box 15298
Wilmington, DE 19850

Chex Systems, Inc.
Att: Consumer Relations
7805 Hudson Rd, Suite 100
Woodbury, MN 55125

Citi Cards
Attn: Bankruptcy/Collections
PO Box 790034
Saint Louis, MO 63179

Credit Bureau
PO Box 26140
Greensboro, NC 27402

Creditors Solution Services, LLC.
1750 Highway 160 West, Suite 101, #137
Fort Mill, SC 29708

Discover
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054

Discover Bank
Discover Financial Services
PO Box 8003
Hilliard, OH 43026

Employment Security Commission
PO Box 26504
Raleigh, NC 27611

FEDChex Headquarters
Attn: Bankruptcy
2 Venture Plaza, Suite 300
Irvine, CA 92618

Global Check Recovery
17 Northeast Skyline Drive
Lee's Summit, MO 64086

Greensboro Orthopaedics
3200 Northline Avenue, Suite 200
Greensboro, NC 27408

Home Depot Credit Services
Attn: Bankruptcy
PO Box 790034
Saint Louis, MO 63179

IRS
PO Box 7346
Philadelphia, PA 19101-7346

KeyMed Data Services
PO Box 102607
Atlanta, GA 30368

Kohl's
PO Box 3043
Milwaukee, WI 53201

Nationstar Mortgage
Attn: Bankruptcy
350 Highland Drive
Lewisville, TX 75067

NC Department of Revenue
Bankruptcy Unit
PO Box 1168
Raleigh, NC 27602

Novant Health
Attn: Bankruptcies & Estates
PO Box 11549
Winston Salem, NC 27116

Novant Health Imaging Piedmont
PO Box 933559
Atlanta, GA 31193

Office of the United States Attorney
MDN
Civil Process Clerk
101 South Edgeworth Street, Suite 400
Greensboro, NC 27401

Q Card
Bankruptcy Department
PO Box 965061
Orlando, FL 32896

Sam's Club
Attn: Bankruptcy
PO Box 530942
Atlanta, GA 30353-0942

Stokes County Clerk of Court
PO Box 250
Danbury, NC 27016

Stokes County Tax Collector
PO Box 57
Danbury, NC 27016

TeleCheck
TRS Recovery Services
14141 Southwest Freeway, Floor 3
Sugar Land, TX 77478

TeleCheck Services, Inc.
Attention: Consumer Resolutions-FA
PO Box 4514
Houston, TX 77210-4514

Thomas W. Anderson
PO Box 1273
214 East Marion Street
Pilot Mountain, NC 27041

US Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Date:   September 13, 2016

/s/Courtney B. Williams
Courtney B. Williams