UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

```
In Re:                                        )
                                              )
ROBERT BLUM IRBY          xxx-xx-9171         )   Case No. 16-50951 C-13W
DEBORA LYNN MCHONE        xxx-xx-9472         )
1357 Rhodes Loop Road                         )
Madison, NC  27025                            )
            Debtors.                          )
```

## NOTICE OF PROPOSED PLAN AND ORDER CONFIRMING PLAN
## AND TIME FOR FILING OBJECTION THERETO

1. A summary of the plan proposed by the Debtor(s) is set forth in the attached copy of a proposed Order Confirming Plan in this case.

2. The plan will be confirmed after the time period for filing objections has expired unless a timely objection is filed or a hearing is ordered by the Court. There will be no hearing on confirmation unless a timely objection is filed or a hearing is ordered.

3. Written, detailed objections must be filed within 28 days of the date of this notice with the Clerk of Court, U.S. Bankruptcy Court, 226 South Liberty Street, Winston-Salem, NC, 27101, with copies served on (1) Kathryn L. Bringle, Standing Trustee, P.O. Box 2115, Winston-Salem, NC 27102-2115; (2) the attorney for the Debtor(s); and (3) the Debtor(s). If the objecting party is a corporation, the objection must be filed by legal counsel admitted to practice in this District.

4. In the event a timely objection is filed or a hearing is ordered, the hearing on the objection to confirmation and on confirmation of the proposed plan will be held on December 7, 2016, at 9:30 a.m. in the Courtroom, First Floor, U.S. Bankruptcy Court, 226 South Liberty Street, Winston-Salem, NC. The party objecting must appear at this hearing if the objection is to be pursued.

5. The Debtor(s) and the attorney for the Debtor(s) are required to appear at any hearing on confirmation.

6. There will be no further mailing of the Order Confirming Plan to affected parties unless there is a change in the attached proposed Order Confirming Plan.

DATE: October 26, 2016                Office of the Clerk
                                      Reid Wilcox, Clerk

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In Re: ) ORDER CONFIRMING PLAN
) CHAPTER 13
)
ROBERT BLUM IRBY            xxx-xx-9171 )
DEBORA LYNN MCHONE          xxx-xx-9472 )
1357 Rhodes Loop Road )
Madison, NC   27025 )
) Case No. B-**16-50951** C-13W
)
Debtor(s) )

This case came before the Court, after notice and opportunity for hearing, for confirmation of the Chapter 13 plan proposed in this case; and IT APPEARING to the Court as follows:

**I.**   The Trustee in this case is <u>Kathryn L. Bringle</u>, Standing Trustee, <u>P. O. Box 2115, Winston-Salem, North Carolina 27102-2115</u>;

**II.**  The attorney for the Debtor(s) is **Thomas W. Anderson**;

**III.** Under the final plan (the "Plan") as proposed:

    **A.   Plan Payments**

        1.   The Debtor(s) is/are to make monthly payments to the Trustee which are to be disbursed by the Trustee in accordance with the Plan and this Order;

        2.   The monthly plan payment to the Trustee is **$1,325.00** beginning **October 2016**;

    **B.   Administrative Costs**

        1.   **Attorney Fees.** The Attorney for the Debtor(s) is allowed the base fee of **$4,500.00**. The Attorney has received **$0.00** from the Debtor(s) pre-petition and the remainder of the base fee will be paid by the Trustee as funds are available.

        2.   **Trustee costs.** The Trustee will receive from all disbursements such amount as approved by the Court for payment of fees and expenses.

**C.   Priority Claims**

Any timely filed claims entitled to priority under 11 U.S.C. §507, on behalf of the entities listed below, will be paid in full in deferred cash payments unless otherwise indicated.

   1. Internal Revenue Service

   2. North Carolina Department of Revenue

   3. Stokes County Tax Collector

**D.   Secured Claims**

   1. Long-term Debts – To be paid by Trustee.

| Creditor & Property | Claim Filed (Y/N) | Monthly Payment | Monthly Payment to Begin | Arrears Through | Arrears Amount | Monthly Payment on arrears |
|---|---|---|---|---|---|---|
| **Nationstar Mortgage, LLC RESIDENCE 1357 Rhodes Loop Road Madison, NC** | Y | $801.53 with escrow | 12/2016 | 11/2016 | $3,182.89 | **All available** |

   2. Partially Secured Claims - Real Property and Personal Property

*Any objection to value is required to be filed as a formal objection to valuation not later than 60 days from the date of the entry of this Order.*

| Creditor & Property | Claim Filed (Y/N) | Claim Amount | Secured Amount and Value | Monthly Payment | Interest Rate | AP Payment |
|---|---|---|---|---|---|---|
| **Ally Bank 2013 Chevrolet Malibu** | Y | $10,161.08 | $9,990.00 | $190.00 | 5.5% | $100.00 |

   3. Property To Be Released.

*Upon timely filing of a claim documenting a non-preferential perfected lien the following property is released for liquidation and the creditor is allowed 180 days (for real property) and 120 days (for personal property) from the date of entry of this Order to file a documented deficiency claim after liquidating the property. The automatic stay and co-debtor stay, if applicable, are lifted as to the property released. The requirements of Rule 3002.1 are terminated.*

| Creditor | Property to be Released | Claim filed (Y/N) |
|---|---|---|
| **Capital One Retail Services** | **2014 Yama Grizzly 4-wheeler** | **N** |

**E.   General Unsecured Claims Not Separately Classified.**

General unsecured claims not separately classified will be paid as funds become available after payment of costs of administration. The estimated dividend to general unsecured claims is **4%**.

- 2 -

**F.**   The Debtor(s) will pay THE GREATER OF the amount necessary to pay all allowed costs of administration, priority and secured claims in full, with the exception of continuing, long-term debts or a minimum of **60** monthly payments, with the additional requirement that **unsecured priority and unsecured general creditors receive a minimum of $700.00 representing the liquidation value of the estate**. The Plan will be reviewed in 12 (twelve) months and periodically thereafter for plan payment adjustments;

**G.**   The terms and provisions of the Amended Standing Order dated March 11, 2016 are incorporated in this Order and are available on the Court's website at **www.ncmb.uscourts.gov**

**H.**   **IT FURTHER APPEARING** to the Court that the Plan complies with the requirements of 11 U.S.C. §1325; therefore, it is

   **ORDERED** that the Plan is confirmed.

END OF DOCUMENT